**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>V.<br>THERESA L. PANZICA, ET AL. | Filed:: APRIL 16, 2008<br>08CV2177   J. N.<br>JUDGE DOW JR.<br>MAG. JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print)<br>Christopher J. Bannon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christopher J. Bannon | |
| FIRM<br>Aronberg Goldgehn Davis & Garmisa | |
| STREET ADDRESS<br>330 North Wabash Avenue, Suite 3000 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6196298 | TELEPHONE NUMBER<br>(312) 828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |