# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 1:08-cv-02177

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
      v.
THERESA L. PANZICA, ET.AL.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THERESA L. PANZICA
                                                   Defendants
THERESA L. PANZICA, LLC

| | |
|---|---|
| NAME (Type or print)   GEORGE B. COLLINS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ George B. Collins | |
| FIRM   COLLINS BARGIONE & VUCKOVICH | |
| STREET ADDRESS   ONE NORTH LaSALLE STREET, SUITE 300 | |
| CITY/STATE/ZIP   CHICAGO, ILLINOIS 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   0487961 | TELEPHONE NUMBER   (312) 372-7813 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |