IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THERESA L. PANZICA, THERESA L. PANZICA, LLC, NINA BIRINDJIEVA, VELITCHKA BONTCHEVA, PETYO DIMITROV, MARIANA DIMINTROVA, JULIAN DOBRINOV, HRISTO EDREV, SNEJANA GALTCHEVA, STEFAN GISHIN, LATCHEZAR GUISHIN, RADKA GUISHINA, VANIA IORDANOVA, NEDCO IVANOV, YEVGENIY KAPLUNSKIY, RADKA KUCAROVA, TIHOMIR PENEV, STANISLAVA PENEVA, TATYANA ROWE, VESSELA SLAVOVA, SVETLOZAR STOYANOV, STEFAN STOYKOV, LIOUBOV STOYKOVA, KRASSIMIRE TCHERNEV, PETIA TCHERNEVA, YORDAN TIMOV, ISABELLA TIMOV, AND GEORGI VRANSKI,<br><br>Defendants. | NO. 08 CV 2177<br><br>JUDGE DOW JR.<br><br>MAG. COX |

**DISCLOSURE STATEMENT**

Comes Theresa L. Panzica, LLC, by counsel, and in compliance with FRCP 7.1 states:

1. Theresa L. Panzica, LLC is a limited liability corporation. The only holder of its shares is Theresa L. Panzica.

 s/s George B. Collins
 Attorney for Defendants
 Theresa L. Panzica and Theresa L. Panzica, LLC

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One North LaSalle St., #300
Chicago, IL 60602
(312) 372-7813