UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, )<br>)<br>Plaintiff,     )<br>)<br>vs.     )<br>)<br>THERESA L. PANZICA, THERESA L. PANZICA, LLC, )<br>NINA BIRINDJIEVA, VELITCHKA BONTCHEVA, )<br>PETYO DIMITROV, MARIANA DIMINTROVA, )<br>JULIAN DOBRINOV, HRISTO EDREV, SNEJANA )<br>GALTCHEVA, STEFAN GISHIN, LATCHEZAR GUISHIN, )<br>RADKA GUISHINA, VANIA IORDANOVA, )<br>NEDCO IVANOV, YEVGENIY KAPLUNSKIY, RADKA )<br>KUCAROVA, TIHOMIR PENEV, STANISLAVA PENEVA, )<br>TATYANA ROWE, VESSELA SLAVOVA, SVETLOZAR )<br>STOYANOV, STEFAN STOYKOV, LIOUBOV )<br>STOYKOVA, KRASSIMIRE TCHERNEV, PETIA )<br>TCHERNEVA, YORDAN TIMOV, ISABELLA TIMOV, )<br>AND GEORGI VRANSKI, )<br>)<br>Defendants.     ) | NO. 08 CV 2177<br><br>JUDGE DOW JR.<br><br>MAG. COX |

**NOTICE OF FILING**

To:   SEE ATTACHED SERVICE LIST

YOU ARE HEREBY NOTIFIED that on June 2, 2008, we caused to be filed electronically with the Clerk of the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, for Defendants, Theresa L. Panzica, and Theresa L. Panzica, LLC, the **ANSWER OF THERESA L. PANZICA AND THERESA L. PANZICA, LLC, TO COMPLAINT FOR DECLARATORY JUDGMENT**.

Respectfully submitted,

BY: _____s/s George B. Collins_____
Attorney for Defendants,
Theresa L. Panzica, and Theresa L. Panzica, LLC

George B. Collins
Collins, Bargione & Vuckovich
One North LaSalle St., #300
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

  George B. Collins hereby certifies that on June 2, 2008, he caused this **NOTICE OF FILING/CERTIFICATE OF SERVICE,** and the **ANSWER OF THERESA L. PANZICA AND THERESA L. PANZICA, LLC, TO COMPLAINT FOR DECLARATORY JUDGMENT**, to be served on the parties of record listed on the attached Service List, electronically by operation of the Court's electronic filing system, by filing the documents electronically with the Clerk of this Court.

        BY: _____s/s George B. Collins_____
           Attorney for Defendants,
           Theresa L. Panzica and Theresa L. Panzica, LLC

## SERVICE LIST

Christopher J. Bannon
**ARONBERG, GOLDGEHN, DAVIS & GARMISA**
330 North Wabash Avenue, Suite 3000
Chicago, IL 60611-3633
(312) 828-9600
cbannon@agdglaw.com