**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY,

                    Plaintiff,

      vs.                                  Case No. 08 C 2177

THERESA L. PANZICA, et al.,

                    Defendants.

## NOTICE OF FILING

To:    George B. Collins, Esq.
        Collins Bargione & Vukovich
        One North LaSalle Street, Suite 300
        Chicago, IL 60602

        PLEASE TAKE NOTICE that on the 6th day of June, 2008, the undersigned filed in the United States District Court for the Northern District of Illinois, Eastern Division, the **Parties' Joint Status Report**.

                    St. Paul Fire & Marine Insurance Company

                    By: */s/ Christopher J. Bannon*
                        One of Its Attorneys

Christopher J. Bannon
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue
Suite 1700
Chicago, IL 60611
(312) 828-9600
484720

## CERTIFICATE OF SERVICE

        I hereby certify that on June 6, 2008, I electronically filed this Notice of Filing and the Parties' Joint Status Report with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filings to all counsel of record.

                    */s/ Christopher J. Bannon*