# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:08-cv-02177
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,
    v.
THERESA L. PANZICA, ET.AL.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THERESA L. PANZICA
                                                    Defendants
THERESA L. PANZICA, LLC

| | |
|---|---|
| NAME (Type or print) ADRIAN VUCKOVICH | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Adrian Vuckovich | |
| FIRM COLLINS BARGIONE & VUCKOVICH | |
| STREET ADDRESS ONE NORTH LaSALLE STREET, SUITE 300 | |
| CITY/STATE/ZIP CHICAGO, ILLINOIS 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06207978 | TELEPHONE NUMBER (312) 372-7813 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |