**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

St. Paul Fire and Marine Insurance Company
                              Plaintiff,

v.    Case No.: 1:08−cv−02177
     Honorable Robert M. Dow Jr.

Theresa L Panzica, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/10/2008. Parties to file cross−motions for summary judgment with supporting briefs on or before 8/15/08; response briefs by 9/15/08; reply briefs by 9/29/08; ruling on cross−motions will be by mail.mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.