UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br>Plaintiff,<br>vs.<br>THERESA L. PANZICA, THERESA L. PANZICA, LLC, NINA BIRINDJIEVA, VELITCHKA BONTCHEVA, PETYO DIMITROV, MARIANA DIMINTROVA, JULIAN DOBRINOV, HRISTO EDREV, SNEJANA GALTCHEVA, STEFAN GISHIN, LATCHEZAR GUISHIN, RADKA GUISHINA, VANIA IORDANOVA, NEDCO IVANOV, YEVGENIY KAPLUNSKIY, RADKA KUCAROVA, TIHOMIR PENEV, STANISLAVA PENEVA, TATYANA ROWE, VESSELA SLAVOVA, SVETLOZAR STOYANOV, STEFAN STOYKOV, LIOUBOV STOYKOVA, KRASSIMIRE TCHERNEV, PETIA TCHERNEVA, YORDAN TIMOV, ISABELLA TIMOV, AND GEORGI VRANSKI,<br>Defendants. | No. 08 CV 2177<br><br>Judge Robert M. Dow Jr. |

## NOTICE OF MOTION

To: **SEE ATTACHED SERVICE LIST**

YOU ARE HEREBY NOTIFIED that on Wednesday, July 30, 2008 at 9:15 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 1919 usually occupied by him in the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present for Defendants, Theresa L. Panzica, and Theresa L. Panzica, LLC: **MOTION TO STAY PROCEEDINGS,** a copy of which has been electronically filed with the Clerk, at which time and place you may appear if you see fit to do so.

Respectfully submitted,

BY: _____s/s George B. Collins_____
One of the Attorneys for Defendants,
Theresa L. Panzica, and Theresa L. Panzica, LLC

George B. Collins
Adrian Vuckovich
Collins, Bargione & Vuckovich
One North LaSalle St., #300
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

George B. Collins hereby certifies that on July 24, 2008, he caused this **NOTICE OF MOTION** for Defendants, Theresa L. Panzica, and Theresa L. Panzica, LLC, and **MOTION TO STAY PROCEEDINGS,** to be served on the parties of record listed on the attached Service List, electronically by operation of the Court's electronic filing system, by filing the document electronically with the Clerk of this Court.

BY: _____s/s George B. Collins_____
One of the Attorneys for Defendants,
Theresa L. Panzica, and Theresa L. Panzica, LLC

## SERVICE LIST

Christopher J. Bannon
**ARONBERG, GOLDGEHN, DAVIS & GARMISA**
330 North Wabash Avenue, Suite 3000
Chicago, IL 60611-3633
(312) 828-9600
cbannon@agdglaw.com