UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

St. Paul Fire and Marine Insurance Company
                                              Plaintiff,
v.                                            Case No.: 1:08−cv−02177
                                              Honorable Robert M. Dow Jr.

Theresa L Panzica, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Defendants' motion to stay proceedings in this insurance coverage dispute pending further action by the plaintiff in the underlying case [40] is granted and the briefing schedule entered by this Court on 6/10/08 is suspended until further Order of the Court. Notice of motion date of 7/30/08 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.